## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-13234 |
| | : | |
| R.J. MARCHAND CONTRACTOR | : | SECTION "B" |
| SPECIALTIES, INC. | : | |
| DEBTOR | : | CHAPTER 7 |

### MOTION FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS AND OTHER INTERESTS AND TO EMPLOY AUCTIONEER

NOW INTO COURT, through undersigned counsel, comes Barbara Rivera-Fulton, trustee of the captioned estate ("Trustee"), who respectfully represents:

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on December 3, 2014.

2. Applicant is the duly appointed trustee of the bankruptcy estate of the above-named Debtor and is now acting as such trustee.

3. This Court has jurisdiction over this case under 28 U.S.C. § 1334 and this matter is a core proceeding under, without limitation, 28 U.S.C. §§ 157(b)(2)(A) and (N). Venue of this case and this motion is proper in this district under 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief sought herein is §§ 105 and 363 of the Bankruptcy Code, as complimented by Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure.

### Auction Sale of Property

4. Debtor is the owner of certain movable property more fully described on Exhibit "A" attached hereto ("Property"). The Property is currently being stored at ServCorp International, Inc., 101 Magnolia Street, Slidell, LA 70460.

5. From his past experience in acting as a trustee in bankruptcy cases, the Trustee is satisfied that he can achieve the best and highest net recovery to this estate by employing a qualified auctioneer to conduct a public auction of the Property.

### The Proposed Sale Satisfies the Requirements of Section 363(f) for a Sale Free and Clear

6. Section 363(f) of the Bankruptcy Code provides:

The trustee may sell property under subsection (b) or (c) of this section free and clear of any interest in such property of an entity other than the estate, only if -

(1) applicable nonbankruptcy law permits sale of such property free and clear of such interest;

(2) such entity consents;

(3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;

(4) such interest is in bona fide dispute; or

(5) such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

11 U.S.C. § 363(f).

7. Section 363(f) is drafted in the disjunctive. Thus, satisfaction of any of the requirements enumerated therein will suffice to warrant the Trustee's sale of the Property free and clear of all liens, claims, encumbrances, and any and all interests of any kind (collectively "Interests"). The Trustee submits that the sale of the Property proposed in this Motion free and clear of all Interests satisfies the requirements of 11 U.S.C. § 363(f).

8. First American Bank and Trust ("First American") claims that it has a perfected security interest on the Property. The Trustee has requested additional information from First American relating to its security interest and that is still ongoing. However, First American has consented to having the Trustee sell the Property, and the First American security interest (if

any) will attach to the" Net Proceeds" of the auction sale. As used herein, "Net Proceeds" means the gross proceeds realized at the auction sale, less (i) the auctioneer's charges as set forth in Paragraph 9 below and (ii) administrative expenses (including the Trustee's attorney's fees and costs) related to the auction sale. Accordingly, the auction sale satisfies 11 U.S.C. § 363(f)(2) because First American has consented to the auction sale and 11 U.S.C. § 363(f)(4) because the alleged security interest is in bona fide dispute.

## Employment of Auctioneer

9. The Trustee has received from ServCorp International, Inc. ("Auctioneer"), a licensed and bonded auctioneer, an offer to liquidate the Property at an absolute auction sale upon the following terms and conditions:

   a. The Property will be sold "AS IS," "WHERE IS" without any warranty whatsoever, even for the return of the purchase price, by auction free and clear of all Interests;

   b. Auctioneer's Commission for the movable property shall be 10% of the gross proceeds;

   c. Marketing and setup for the Property shall not exceed $2,500.

   d. Auctioneer will be paid an initial pickup fee of $3,000, and storage of $20 per day if the auction motion is not approved by the Court on April 1, 2015.

10. Attached hereto as Exhibit "B" is the declaration of Bradley Mutz, CAI, setting forth that the Auctioneer is a disinterested person within the meaning of 11 U.S.C. § 101(14).

11. The Auctioneer will schedule and advertise the proposed auction pending this Court's approval of the Motion. According to the Auctioneer, the best possible date to schedule the auction of the Property is April 11, 2015 at 10:00 a.m., at the ServCorp offices located at 101 Magnolia Street Slidell, LA 70460.

12. The Trustee also seeks authority, without further order of this Court, to sell any of the Property herein at a separate auction if any of the Property does not sell at the April 11, 2015.

**Successful Bidders Are Good Faith Purchasers Under § 363(m) of the Bankruptcy Code**

13. Section 363(m) of the Bankruptcy Code provides that the reversal or modification on appeal of a transaction authorized under §363(b) of the Bankruptcy Code does not affect the validity of the sale to an entity that acquired the property in good faith. Because the Auctioneer will advertise the Property for sale through an intensive advertising and marketing program and the auction is open to the public, it is beyond question that (i) the successful bidders shall be good faith purchasers, (ii) the sale of the Property at the auction shall be at arm's length, and (iii) the successful bidders are entitled to the protections under §363(m) of the Bankruptcy Code.

**WHEREFORE**, the Trustee prays as follows:

a. That the Court authorize the auction of the Property on the terms and conditions set forth herein free and clear of all Interests;

b. That the Order authorizing the auction (i) provide that the purchaser(s) of the Property at the auction shall be in "good faith" and entitled to all of the protections afforded by § 363(m) of the Bankruptcy Code, (ii) be effective as a determination that all Interests (if any), existing as to the Property prior to the auction will be unconditionally released, discharged and terminated, and (iii) be binding upon and govern the acts of all entities including without limitation, all filing agents, filing officers, recorders of mortgages, recorders of deeds, registrars of deeds, registrars of patents, trademarks or other intellectual property, administrative agencies, governmental departments, secretaries of state, federal, state, and local officials, and all other persons and entities who may be required by operation of law, the duties of their office, or contract, to accept, file, register or otherwise record or release any documents or instruments (collectively "the Filing Officers"), and (iv) direct that all such Filing Officers cancel all such Interests from their records as to all of the Property sold at the auction.

  c. That the Trustee be authorized to employ ServCorp International, Inc. as auctioneer to conduct a public auction of the Property with compensation and reimbursement of expenses to be allowed and paid out of the gross proceeds of the sale as set forth herein; and

  d. For such other and further relief as is just.

          Respectfully submitted,

          GORDON, ARATA, McCOLLAM,
          DUPLANTIS & EAGAN, LLC
          201 St. Charles Ave., 40th Floor
          New Orleans, Louisiana 70170-4000
          Telephone: (504) 582-1111
          Facsimile: (504) 582-1121

          By: */s/ Fernand L. Laudumiey, IV*
           David J. Messina, #18341
           Fernand L. Laudumiey, IV, #24518
          Attorney for the Barbara Rivera-Fulton, Trustee

**RJ Marchand Contractor Specialties, Inc., USBC # 14-13234**

Various Size Performax Sandpaper
Various Size Jet Sandpaper
Various Size Shovels
Various Size Scrappers
Various Paslode, Dewalt, Bosch, Porter Cable, Bostitch Replacement Parts
Husky Plastic Sheeting
Various Dewalt Cordless Drills
Various Panasonic Cordless Drills
Various Porter Cable Cordless Drills
Various Milwaukee Cordless Drills
Various Hitachi Cordless Drills
Various Cordless Saws & Flashlights
Various Nail Guns
Various Air Hoses
Various Hand Tools
Various Nails & Screws
Various Hard Hats
Various Material Clamps
Various Chalks
Various Ropes
Various Truck Tool Boxes
Various Circular Saw Blades
Various Sledge Hammers
Various Table Saws
Various Hammers
Various Part Bins
Various Ladder Extensions
Various Levels
Various Tool Boxes & Bags
Various Tool Belts
Various Safety Vests
Various Drill Bits
Various Palm, Orbital and Belt Sanders
Various Extension Cords
Various Little Giant Ladders
Various Water Coolers
Various Nuts, Bolts & Washers
Various Electric Motors
Plastic Chairs
Various Laser Levels
Various Caulk Guns
Various Fasteners
Various Clamps
Various Color Spray Paints
Various Mobile Bases (for table saws)
Various Push Broom Heads

Variable Finger Template
Various Table Saw Fences
Various Tool Stands
Various Side Kick Saw Stands
Various Grinder Wheels
Various Router Bits
Various Gloves
Various Small JoBox Tool Boxes
Various Wheel Barrows & Hardware
Various Display Cases
Various Rain Suits
Various Pry Bars & J Bars
Various Pipe Wrenches
Various Benders
Various Stack Boxes
Various Replacement Handles
Scaffolding
(2) Hyster Fork Lifts
Folding chairs
Various Chains & Hooks
Cantilever Racks
Concrete Mix
Delta Band Saw
Delta Drill Press
Various Disk Holders
Various Cordless Port-A-Bands
Various Extra Batteries & Chargers
Various Vacuum Parts
Tent
Various Glues
Various Sealants
Various Rollers
Various Work Lights
Various Feeders
Various Rivets
Various Power Fasteners
Various Metal Tool Boxes
Various Band Saw Blades
Various Universal Folding Stands
Various Display Racks
Various Poly Foam
Banding Straps
Various Desk Top Computers
Sponges
Attic Fans
Compressors
Chain Falls
All Thread

Plumber Snakes
Various Dust Collectors, Hoses, & Filters
Various Stud Attachments
Various Stampers
Fans
Dust Mops  (no handles)
Can Liners
Fence Attachments
Contractors Crayons
Markers
Wire Nuts
Various Folding Tape Measurers
Dolly's
Saw Stands
PTFE Tape
Closet Rods
Reed Pipe Threader
Greenlee Pipe Bender
Various Protection Film & Visqueen
Various Bull Floats & Screeds
Various Clamp Tables
GE Washer/Dryer Combo Unit
Microwave
Other Various Tools of the Trades
Various parts and pieces used for Repairs

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-13234 |
| | : | |
| R.J. MARCHAND CONTRACTOR SPECIALTIES, INC. | : | SECTION "B" |
| | : | |
| DEBTOR | : | CHAPTER 7 |

## DECLARATION OF PROPOSED AUCTIONEER

I, Bradley Mutz, hereby make solemn oath as follows, to-wit:

1. I am a certified auctioneer duly licensed by the State of Louisiana;

2. I am a disinterested person within the meaning of 11 U.S.C. § 101(13). I certify that I do not hold or represent an interest adverse to the estate, I am not related to the Trustee by affinity or consanguinity within the third degree as determined by common law, or in a step or adoptive relationship within such degree.

3. I am familiar with the Trustee's Auction Motion and the property described therein, and believe that I am qualified to represent the Trustee and the estate in connection with the liquidation of said property. I have agreed to accept employment on the terms and conditions set forth in the Auction Motion.

I declare under penalty of perjury that the foregoing is true and correct.

This ___7___ day of March, 2015.

_____
Bradley Mutz
ServCorp International, Inc.
101 Magnolia St.
Slidell, LA 70460
Tel: (985) 847-1242
License #1467